OnMyWhey, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-5877

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | gzmachi.en.alibaba.com | Guangzhou M&C International Trade Co., Ltd |
| 2 | gznpdwm.en.alibaba.com | Guangzhou Neptune International Trade Co., Ltd. |
| 3 | hzfullcolor.en.alibaba.com | Hangzhou Fullcolor Trading Co., Ltd. |
| 4 | jocy.en.alibaba.com | Yiwu Jocy Import And Export Co., Ltd. |
| 5 | leimengxi131419.en.alibaba.com | Henan Leimengxi Industrial Co., Ltd. |
| 6 | promoshakers.en.alibaba.com | PromoShakers Limited |
| 7 | proteinshaker.en.alibaba.com | Shenzhen Kingline Technology Development Co., Ltd. |
| 8 | ruiyijie.en.alibaba.com | Foshan Ruiyijie Trade Co., Ltd. |
| 9 | shjuice.en.alibaba.com | Jowin Group |
| 10 | smartgift-nb.en.alibaba.com | Smart Market Sourcing Ltd. |
| 11 | ywshixia.en.alibaba.com | Yiwu Shixia Import & Export Co., Ltd. |
| 12 | zhejiangyayang.en.alibaba.com | Zhejiang Yayang Technology Group Co., Ltd. |
| 13 | aliexpress.com/store/1817743 | betty Love Dreaming House Store |
| 14 | aliexpress.com/store/1826167 | Dan Chen Zi |
| 15 | aliexpress.com/store/1955579 | BTAO House Store |
| 16 | aliexpress.com/store/2170101 | WND Co Ltd |
| 17 | aliexpress.com/store/2503057 | Keep healthy Fighting Store |
| 18 | aliexpress.com/store/2786160 | Joshua High Small Animals House Store |
| 19 | aliexpress.com/store/2883254 | Epean Decoration Store |
| 20 | aliexpress.com/store/3172026 | Goosports Store |
| 21 | aliexpress.com/store/3203088 | GAO Store |
| 22 | aliexpress.com/store/3216003 | Me Tool Store |
| 23 | aliexpress.com/store/3221013 | World vs You Store |
| 24 | aliexpress.com/store/346865 | IF YOU |
| 25 | aliexpress.com/store/3559009 | Going High Store |
| 26 | aliexpress.com/store/3658014 | HOOO Store |
| 27 | aliexpress.com/store/3994012 | Welcome to Everything Store |
| 28 | aliexpress.com/store/4430117 | Alawaka Store |
| 29 | aliexpress.com/store/4480003 | Tool Groceries Store |

| 30 | aliexpress.com/store/4654107 | 1999 Drop Shipping Store |
|---|---|---|
| 31 | aliexpress.com/store/4669028 | Close To Life Store |
| 32 | aliexpress.com/store/4674067 | Wa Ka Ka Store |
| 33 | aliexpress.com/store/4795010 | Women Girl Cosmetic Store |
| 34 | aliexpress.com/store/5023128 | Warm House Store |
| 35 | aliexpress.com/store/502422 | Nosii CozyLife Store |
| 36 | aliexpress.com/store/5035164 | QINGNIAN's LIFE Store |
| 37 | aliexpress.com/store/5052247 | U's Store |
| 38 | aliexpress.com/store/5062484 | MUYANG2003 Store |
| 39 | aliexpress.com/store/5073446 | That House Store |
| 40 | aliexpress.com/store/5077153 | Variety Homer Store |
| 41 | aliexpress.com/store/5156051 | SLTQ HC Store |
| 42 | aliexpress.com/store/5247102 | Pastoral House Store |
| 43 | aliexpress.com/store/5368201 | Alicia Living Store |
| 44 | aliexpress.com/store/5393067 | ZANCAKA Retail Store |
| 45 | aliexpress.com/store/5401061 | Climbs Store |
| 46 | aliexpress.com/store/5499008 | X-Fitness Store |
| 47 | aliexpress.com/store/5581177 | Keep R-unning Store |
| 48 | aliexpress.com/store/5584058 | homedecor buyer Store |
| 49 | aliexpress.com/store/5781924 | Untior Dropship Store |
| 50 | aliexpress.com/store/5782256 | Arily Outdoor Entertainment Store |
| 51 | aliexpress.com/store/5800739 | U-Crazy Dreaming Life Store |
| 52 | aliexpress.com/store/5831354 | Yun Footprint Store |
| 53 | aliexpress.com/store/5877510 | HGLEGYW partys Store |
| 54 | aliexpress.com/store/900094001 | PERNEAKY Handcraft Store |
| 55 | aliexpress.com/store/900176004 | Dropshipping1999 Store |
| 56 | aliexpress.com/store/910329020 | My Warm Day Store |
| 57 | aliexpress.com/store/910353239 | Beautify Daliy Store |
| 58 | aliexpress.com/store/910450202 | SportsFun Store |
| 59 | aliexpress.com/store/910728103 | Serendipity Living Store |
| 60 | aliexpress.com/store/911013015 | VVVV Store |
| 61 | aliexpress.com/store/911018030 | SportsLover B0736 Store |
| 62 | aliexpress.com/store/911035033 | HomeSH09 Store |
| 63 | aliexpress.com/store/911114181 | From-Home Store |
| 64 | aliexpress.com/store/911136057 | Shop911136057 Store |
| 65 | aliexpress.com/store/911302174 | Life Grocery Store |
| 66 | aliexpress.com/store/911324187 | enjoy-moment Store |
| 67 | aliexpress.com/store/911335152 | Awesome Life Store |
| 68 | aliexpress.com/store/911337199 | Unique House Store |
| 69 | aliexpress.com/store/911380177 | On Doing Store |
| 70 | aliexpress.com/store/911444077 | HouseDaily Store |

| | | |
|---|---|---|
| 71 | aliexpress.com/store/911599434 | Metty Crafts Store |
| 72 | aliexpress.com/store/911600078 | Four Seasons Villa Store |
| 73 | aliexpress.com/store/911604278 | Mojito Kitchen Store |
| 74 | aliexpress.com/store/911612056 | Sports-Fans Store |
| 75 | aliexpress.com/store/911712084 | Southwest Outdoor Factory Store |
| 76 | aliexpress.com/store/911758711 | Outdoor Cycling Fishing Store |
| 77 | aliexpress.com/store/911930520 | Housekeeping Tidy Buyer Store |
| 78 | aliexpress.com/store/911937728 | yiwujxj artware Store |
| 79 | aliexpress.com/store/911941903 | Ali Sportz Dropshipping Store |
| 80 | aliexpress.com/store/912028613 | Wow-House Store |
| 81 | aliexpress.com/store/912059495 | Let's Renovation Store |
| 82 | aliexpress.com/store/912059842 | on makeup@ we Store |
| 83 | aliexpress.com/store/912061408 | Mizuki Nianhua Store |
| 84 | aliexpress.com/store/912061514 | small house small Store |
| 85 | aliexpress.com/store/912064799 | in honme Store |
| 86 | aliexpress.com/store/912065074 | WuZu''Xiao Store |
| 87 | aliexpress.com/store/912065107 | MY'Name Store |
| 88 | aliexpress.com/store/912065735 | day @ day Store |
| 89 | aliexpress.com/store/912066792 | baby#and#me Store |
| 90 | aliexpress.com/store/912068539 | here @you go Store |
| 91 | aliexpress.com/store/912074454 | EVERYNUMBER Store |
| 92 | aliexpress.com/store/912074513 | we our@you Store |
| 93 | aliexpress.com/store/912162123 | XZ Coole Store |
| 94 | aliexpress.com/store/912180436 | 4 UR CAR Store |
| 95 | aliexpress.com/store/912182785 | N-Jeap Store |
| 96 | aliexpress.com/store/912187166 | bearforest Store |
| 97 | aliexpress.com/store/912194343 | MEETQIU Store |
| 98 | aliexpress.com/store/912212164 | MUKOO Store |
| 99 | aliexpress.com/store/912222418 | Torasu Store |
| 100 | aliexpress.com/store/912226092 | LIVETAI Store |
| 101 | aliexpress.com/store/912239167 | pilgrim Store |
| 102 | aliexpress.com/store/912239168 | Leisurely exercise Store |
| 103 | aliexpress.com/store/912240448 | suizhou Store |
| 104 | aliexpress.com/store/912244376 | Victory-0719 Store |
| 105 | aliexpress.com/store/912245334 | Lupan Store |
| 106 | aliexpress.com/store/912249451 | HuakaifuguiHKFG Store |
| 107 | aliexpress.com/store/912252044 | YESOKAY Store |
| 108 | aliexpress.com/store/912259953 | ISLING Store |
| 109 | aliexpress.com/store/912260175 | My beautiful001 Store |
| 110 | aliexpress.com/store/912276045 | HOTLING Store |
| 111 | aliexpress.com/store/912302134 | WUJIU59 Store |

| 112 | aliexpress.com/store/912302147 | HOMMEE46 Store |
|---|---|---|
| 113 | aliexpress.com/store/912303025 | Elie's Life Store |
| 114 | aliexpress.com/store/912309133 | Sportt47 Store |
| 115 | aliexpress.com/store/912319483 | Eliee's Store |
| 116 | aliexpress.com/store/912322390 | Eadmaj Store |
| 117 | aliexpress.com/store/912323264 | Mo Zhou Store |
| 118 | aliexpress.com/store/912323560 | Ruyue Store |
| 119 | aliexpress.com/store/912324407 | richyyy Store |
| 120 | aliexpress.com/store/912327026 | sandra001 Store |
| 121 | aliexpress.com/store/912341254 | Amnesia Store |
| 122 | aliexpress.com/store/912341750 | Fulling Store |
| 123 | aliexpress.com/store/912349141 | ZMEBO Store |
| 124 | aliexpress.com/store/912372038 | Makeforyou Store |
| 125 | aliexpress.com/store/912425594 | MUGGLEJJS12 Store |
| 126 | aliexpress.com/store/912464001 | Affordable and easy-to-use small shop Store |
| 127 | amazon.com/sp?seller=A1EN4FIXDW8XKR | WanYe&us |
| 128 | amazon.com/sp?seller=A1L6UUWIJ22RE9 | lingda |
| 129 | amazon.com/sp?seller=A27GB9BFVBRZ87 | Gojiny2019 |
| 130 | amazon.com/sp?seller=A30VZ8G3L5EHLJ | Balaton |
| 131 | amazon.com/sp?seller=A3UFP6374LMRHH | OhhGo Store US storefront |
| 132 | amazon.com/sp?seller=AU5X3RBRYJLJ2 | nanbinghuUS |
| 133 | amazon.com/sp?seller=AXFIHLLYHKMQT | SOONHUA Store |
| 134 | ebay.com/usr/alpinetopline | alpinetopline |
| 135 | ebay.com/usr/bgyahm_89 | bgyahm_89 |
| 136 | ebay.com/usr/blu.fashion20 | blu.fashion20 |
| 137 | ebay.com/usr/christinebet | christinebet |
| 138 | ebay.com/usr/cindia | cindia |
| 139 | ebay.com/usr/classic.music20 | classic.music20 |
| 140 | ebay.com/usr/dipper-dubhe | dipper-dubhe |
| 141 | ebay.com/usr/dmtuwh81 | dmtuwh81 |
| 142 | ebay.com/usr/fanhua.jgarden | fanhua.jgarden |
| 143 | ebay.com/usr/footful_mall | footful_mall |
| 144 | ebay.com/usr/foreveronline-2 | foreveronline-2 |
| 145 | ebay.com/usr/foreveronline-3 | foreveronline-3 |
| 146 | ebay.com/usr/foreveronline-4 | foreveronline-4 |
| 147 | ebay.com/usr/gentoys | gentoys |
| 148 | ebay.com/usr/goodsky-2 | goodsky-2 |
| 149 | ebay.com/usr/greatdealsglobal_2020 | greatdealsglobal_2020 |
| 150 | ebay.com/usr/ha-smile-4 | ha-smile-4 |
| 151 | ebay.com/usr/h-fashion2020 | h-fashion2020 |
| 152 | ebay.com/usr/home-center50 | home-center50 |

| 153 | ebay.com/usr/home-lifebang | home-lifebang |
|---|---|---|
| 154 | ebay.com/usr/home-lifehao | home-lifehao |
| 155 | ebay.com/usr/ideals100 | ideals100 |
| 156 | ebay.com/usr/i-fashion2020 | i-fashion2020 |
| 157 | ebay.com/usr/importjewelrylover | importjewelrylover |
| 158 | ebay.com/usr/j.garden-2 | j.garden-2 |
| 159 | ebay.com/usr/jodi161 | jodi161 |
| 160 | ebay.com/usr/jomobill | jomobill |
| 161 | ebay.com/usr/jsbay88 | jsbay88 |
| 162 | ebay.com/usr/lenmengfine-3 | lenmengfine-3 |
| 163 | ebay.com/usr/love.home20 | love.home20 |
| 164 | ebay.com/usr/loveruiming-4 | loveruiming-4 |
| 165 | ebay.com/usr/lrmac686 | lrmac686 |
| 166 | ebay.com/usr/meili.jgarden | meili.jgarden |
| 167 | ebay.com/usr/mengch01 | mengch01 |
| 168 | ebay.com/usr/motorpartsvalue | motorpartsvalue |
| 169 | ebay.com/usr/motorsmarket_sfc | motorsmarket_sfc |
| 170 | ebay.com/usr/notebook.edge | notebook.edge |
| 171 | ebay.com/usr/o-fashion2020 | o-fashion2020 |
| 172 | ebay.com/usr/prosperoussoul-5 | prosperoussoul-5 |
| 173 | ebay.com/usr/psgtoi-88 | psgtoi-88 |
| 174 | ebay.com/usr/rainflower-2 | rainflower-2 |
| 175 | ebay.com/usr/red.fashion20 | red.fashion20 |
| 176 | ebay.com/usr/risunstore | risunstore |
| 177 | ebay.com/usr/ruodouf_92 | ruodouf_92 |
| 178 | ebay.com/usr/shang-fn4 | shang-fn4 |
| 179 | ebay.com/usr/shiningweddingdeals | shiningweddingdeals |
| 180 | ebay.com/usr/shoes.kingdom | shoes.kingdom |
| 181 | ebay.com/usr/shop.panpan | shop.panpan |
| 182 | ebay.com/usr/silentmusic1666-4 | silentmusic1666-4 |
| 183 | ebay.com/usr/smoothlyve_77 | smoothlyve_77 |
| 184 | ebay.com/usr/spc8_lmmall | spc8_lmmall |
| 185 | ebay.com/usr/super-dinosaur | super-dinosaur |
| 186 | ebay.com/usr/super-pandas | super-pandas |
| 187 | ebay.com/usr/tianzhu.mountain | tianzhu.mountain |
| 188 | ebay.com/usr/toysmall2017 | toysmall2017 |
| 189 | ebay.com/usr/wooo-fashion | wooo-fashion |
| 190 | ebay.com/usr/wuyi.mountain | wuyi.mountain |
| 191 | ebay.com/usr/zyping-daydayup | zyping-daydayup |
| 192 | wish.com/merchant/547be82f8edcfa5658cacad4 | Cazenove |

| | | |
|---|---|---|
| 193 | wish.com/merchant/57c5891fc0999a3be133c06d | A_tree |
| 194 | wish.com/merchant/580daff170d45f195663e937 | shaobaozia |
| 195 | wish.com/merchant/58dcde249b324c53585d20e2 | SunniMix |
| 196 | wish.com/merchant/59250e6aa088015c0e13a7c0 | jingyuandianzi |
| 197 | wish.com/merchant/5d4cee8815275420d2a16e33 | koolsoo |
| 198 | wish.com/merchant/5d5cd5111d86292100c0b918 | vastsee001 |
| 199 | wish.com/merchant/5fdc1c6e1d013518f79e1892 | Panaderiasuprema |
| 200 | myminiwhey.com | myminiwhey.com |